No. 71–6094. WEBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6095. WHITE, AKA LITTLEJOHN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6099. MARNIN *v.* URBANIAK ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–6101. ADAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–6102. SMOTHERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6103. PLEASANT *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 71–6105. BREAUX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6107. MARRATTO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6108. BACA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–6111. BOSWELL *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 71–6113. JOHNSON *v.* DEPARTMENT OF WATER & POWER OF THE CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–6114. DENNIS *v.* MCCRACKEN ET AL. Sup. Ct. Fla. Certiorari denied.